IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:00CR121 |
| vs. | ORDER FOR ISSUANCE OF BENCH WARRANT |
| ERIC EBERT, | |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JUL 25 AM 11: 42
OFFICE OF THE CLERK

This matter came upon oral motion of the plaintiff, United States of America, by Assistant United States Attorney Thomas J. Kangior, for issuance of a Bench Warrant for defendant Eric Ebert. The motion is granted.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Eric Ebert commanding the arresting officer to bring him before the Court forthwith.

DATED this 25 day of July, 2019.

BY THE COURT:

ROBERT F. ROSSITER, JR.
United States District Judge